**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cody INGRAHAM, Defendant– Appellant.**

No. 14–30199.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2015.*

Filed April 15, 2015.

Paulette Lynn Stewart, Assistant U.S., USHE–Office of the U.S. Attorney, Hel-

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

ena, MT, Jessica Anne Betley, Assistant U.S., USGF–Office of the U.S. Attorney, Great Falls, MT, Leif Johnson, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Michael Donahoe, Esquire, Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Helena, MT, for Defendant–Appellant.

Before: FISHER, TALLMAN, and NGUYEN, Circuit Judges.

## MEMORANDUM **

Cody Ingraham appeals from the district court's judgment and challenges the 24–month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Ingraham contends that his sentence is substantively unreasonable in light of his history of substance abuse and request for substance abuse treatment. The district court did not abuse its discretion in imposing Ingraham's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Ingraham's history of violating supervised

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

release and the need to protect the public. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**